963 A.2d 1291

Jerald STURGIS, Appellant

v.

John/Jane DOE, Secretary, DOC, et al., Appellees.

Supreme Court of Pennsylvania.

Feb. 19, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of February, 2009, it appearing that, contrary to the determination of the Commonwealth Court in its order of June 3, 2008, the record does not with certainty establish that the matter is moot, the order of the Commonwealth Court is hereby **REVERSED** and this matter is **REMANDED** to the Commonwealth Court for further proceedings.